IN THE

# United States Court of Appeals for the Federal Circuit

───────────

JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.,
et al.
*Plaintiffs*

GALLEHER CORP., GALLEHER, LLC,
*Plaintiffs-Appellants*

V.

UNITED STATES, AMERICAN MANUFACTURERS OF
MULTILAYERED WOOD FLOORING,
*Defendants-Appellees,*

───────────

Appeal from the United States Court of International Trade,
Nos. 1:20-cv-03885-TMR, 1:20-cv-03899-TMR, 1:20-cv-03919-TMR,
1:20-cv-03927-TMR, 1:20-cv-03936-TMR, 1:20-cv-03937-TMR, 1:20-cv-
03939-TMR, Judge Timothy M. Reif

───────────

**STATEMENT REGARDING NON-PARTICIPATING PARTIES**

───────────

The parties listed in Attachment A (the "non-participating parties") participated as Plaintiffs in Court of International Trade Court Consolidated Case No. 20-03885. However, the non-participating parties do not intend to file a brief or join in the brief of any other

plaintiffs-appellees and respectfully request that they be removed as plaintiffs-appellees from this consolidated appeal.

Respectfully submitted,

*/s/ Stephen W. Brophy*
STEPHEN W. BROPHY
HUSCH BLACKWELL LLP
1801 Pennsylvania Ave NW,
Suite 1000
Washington, DC 20006
(202) 378-2357
stephen.brophy@huschblackwell.com

# Attachment A

## Non-participating parties:

| |
|---|
| JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD. |
| JIANGSU KERI WOOD CO., LTD. |
| SINO-MAPLE (JIANGSU CO., LTD. |